IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLINTON WALKER | : CIVIL ACTION |
| | : |
| v. | : NO. 24-2376 |
| | : |
| BUCKS COUNTY PENNSYLVANIA, *et al* | : |

## ORDER

**AND NOW**, this 5th day of March 2025, upon consideration of Defendants' Motion to Dismiss (Docket No. 3), as well as Plaintiff's opposition thereto, and the parties' stipulation dismissing David Galione and Carl Metellus, in their individual and official capacities, from the Complaint (Docket No. 5), it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Docket No. 3) is **DENIED**.

2. Defendants shall file an Answer to Plaintiff's Complaint within twenty days.

3. Oral argument on the Motion to Dismiss that was previously scheduled for March 17, 2025, is **CANCELLED**.

4. The Initial Pretrial Conference will be held as previously scheduled on March 17, 2025, in Chambers, 101 Larry Holmes Drive, Easton, PA.

BY THE COURT:

/s/ Catherine Henry
_____
**CATHERINE HENRY, J.**